**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 20, 2009

Charles R. Fulbruge III
Clerk

No. 07-30980
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JESSE WAYNE WILLIAMS; ARCHIE ROY JACKSON; JAMES BERNIS MIDKIFF

Defendants-Appellants

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:05-CR-10022-4

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Jesse Wayne Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Williams filed a response requesting the appointment of new counsel. Our independent review of the record, counsel's brief, and Williams's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, Williams's request for the appointment of new counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.